IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICCI MOBLEY, JR.,

   Petitioner,

     v.

TED JACKSON
Sheriff of Fulton County, Georgia,

   Respondent.

CIVIL ACTION FILE
NO. 1:09-CV-2265-TWT

### ORDER

This is a pro se Petition for Writ of Habeas Corpus. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the Petition for failure to exhaust state remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 16 day of October, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Mobley\writ.wpd